**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                                    **Case No.  6:07-cv-1986-Orl-31GJK**

**LUCILLE JANICE OFFILER, WELLS**
**FARGO HOME MORTGAGE, INC., and**
**DOLPHIN BAY HOLDINGS, INC.,**

        **Defendants.**

## ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 17) filed by Defendant Lucille Janice Offiler ("Offiler") and the response (Doc. 19) filed by the Plaintiff, the United States of America (the "Government").  The government seeks to reduce to judgment Offiler's alleged federal tax liability for the years 1994-2000 and foreclose federal tax liens to collect that liability.  (Doc. 1 at 1).  Offiler seeks dismissal on a number of bases, none warranting much discussion.  She contends that this Court lacks subject matter jurisdiction due to (1) "the lack of an identified legitimate subject of federal taxation" underlying the alleged liability and (2) because the Court lacks the power to render declaratory judgments on federal tax issues pursuant to 28 U.S.C. § 2201.  The absence of a legitimate subject of taxation might affect Offiler's liability, but not this Court's jurisdiction (over this dispute or the parties to it).  And the Government does not seek a declaratory judgment here, rendering Section 2201's ban inapplicable.

Offiler's suggestion that this Court lacks personal jurisdiction over the United States of America – the Plaintiff in this matter – is ludicrous, and it is doubtful that she possesses standing to raise it.  Finally, Offiler's contention that she is a citizen of Florida but not the United States likely runs afoul of the Fourteenth Amendment but is irrelevant in any case because the taxing authority of Congress is not limited to United States citizens.  Offiler's remaining arguments are either indecipherable or repetitions of arguments addressed above.  Accordingly, it is hereby

**ORDERED** that the Motion to Dismiss (Doc. 17) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 12, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party