# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　Case No. 6:07-cv-1986-Orl-31GJK

**LUCILLE JANICE OFFILER, WELLS FARGO HOME MORTGAGE, INC., and DOLPHIN BAY HOLDINGS, INC.,**

        **Defendants.**

_____

## ORDER

This matter comes before the Court on the Motion for Recusal and Reassertion of Challenge of Jurisdiction (Doc. 24) filed by Defendant Lucille Janice Offiler ("Offiler"). Offiler's sole recusal argument is that, by virtue of my membership in the Florida Bar, I am "beholden" to the Plaintiff due to the Florida Bar Foundation's status as a 501(c)(3) organization. This argument is ludicrous and does not warrant extended discussion. The remainder of Offiler's six-page motion reasserts previously rejected tax protestor nonsense. It is therefore

**ORDERED** that the Motion for Recusal and Reassertion of Challenge of Jurisdiction (Doc. 24) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 11, 2008.

                                                            GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party