**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-                                             Case No.  6:07-cv-1986-Orl-31GJK

**LUCILLE JANICE OFFILER, WELLS FARGO HOME MORTGAGE, INC., and DOLPHIN BAY HOLDINGS, INC.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PETITION TO STRIKE FOR LACK OF SERVICE, PETITION TO VACATE VOID JUDGMENT AND SET ASIDE DEFAULT AGAINST OFFILER AND GRANT OFFILER LEAVE TO FILE ANSWER OUT OF TIME (Doc. No. 42)**
>
> **FILED:** September 24, 2008
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 22, 2008.

                                                                       GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party