**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                           **Case No.  6:07-cv-1986-Orl-31GJK**

**LUCILLE JANICE OFFILER, WELLS**
**FARGO HOME MORTGAGE, INC., and**
**DOLPHIN BAY HOLDINGS, INC.,**

        **Defendants.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT DOLPHIN BAY HOLDINGS, INC. (Doc. No. 43)**
>
> **FILED:**       **October 9, 2008**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 22, 2008.

                                                                   GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party