**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

-vs-                                           **Case No. 6:07-cv-1986-Orl-31GJK**

**LUCILLE JANICE OFFILER, WELLS**
**FARGO HOME MORTGAGE, INC., and**
**DOLPHIN BAY HOLDINGS, INC.,**

          **Defendants.**

## ORDER

This matter comes before the Court on the Motion for Summary Judgment (Doc. 46) filed by the Plaintiff, the United States of America, and the responses filed by Defendant Lucille Janice Offiler ("Offiler") (Doc. 50) and Defendant Wells Fargo Home Mortgage, Inc. ("Wells Fargo") (Doc. 51). Default judgment has been entered against Defendant Dolphin Bay Holdings, Inc. Offiler, a tax protester, has filed numerous documents in this case, but her arguments are uniformly frivolous, and her response to the instant motion is no exception.

The government seeks to reduce to judgment Offiler's tax liability for the years 1994 to 2000 and to foreclose its tax liens against her residence. Wells Fargo holds a mortgage on the property, which the government acknowledges is superior to its tax liens, as it was recorded prior to the tax assessments at issue. To protect its interest, Wells Fargo requests that the Court require the government to either satisfy its mortgage prior to any foreclosure sale or require that any such sale be made subject to its mortgage.

In consideration of the foregoing, it is hereby

**ORDERED** that the Motion for Summary Judgment (Doc. 46) is **GRANTED**. On or before January 15, 2008, the government shall file a proposed form of final judgment that will protect Wells Fargo's interest in the property either by requiring that the mortgage be satisfied prior to any foreclosure sale, or that such sale be made subject to the mortgage, or by some other method negotiated with and agreed to by Wells Fargo.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 22, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party